**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Sultan Hanif Abdullah, | : | Case No. 1:04CV1900 |
| aka Andre McGee, | : | |
| | : | |
| Plaintiff | : | Judge Donald C. Nugent |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Belinda Spain, et al., | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendants | : | |

On December 19, 2005 defendants moved for summary judgment in this action.

The plaintiff has responded by submitting "Plaintiff's Motion to Dismiss Lawsuit."

It is, accordingly recommended that plaintiff's complaint be dismissed.


DAVID S. PERELMAN
United States Magistrate Judge

DATE:   January 10, 2006


**OBJECTIONS**

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).